UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,                    01 Civ. 7275 (JG)(CLP)

                                        Plaintiff,                    **JUDGMENT**

                - against -

GREGORY MCANDREWS,

                                        Defendant.
----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEPT 27 2005 ★
BROOKLYN OFFICE

ORIGINAL

An Order of the Honorable John Gleeson, United States District Judge, having been

executed on December 30, 2002; with no objections having been filed; adopting the December 5,

2002, Report and Recommendation of the Honorable Cheryl L. Pollak, United States Magistrate

Judge, entering Judgment against defendant Gregory McAndrews in the amount of $6,350.50,

comprised of $5,000.00 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and

$1,350.50 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the December 5, 2002, Report and Recommendation

of the Honorable Cheryl L. Pollak, United States Magistrate Judge, be adopted; and that

judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against

defendant Gregory McAndrews in the amount of $6,350.50, comprised of $5,000.00 in statutory

damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,350.50 in attorneys' fees and costs

pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

         September 22, 2005

                                                s/Robert C. Heinemann
                                        _____
                                                **Robert C. Heinemann**
                                                **Clerk of the Court**